UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>    Plaintiff<br><br>v.<br><br>JOHN M. BRIGGS<br><br>    Defendant<br>MAINE REVENUE SERVICES<br><br>    Party-In-Interest | 2:19-cv-00285-NT |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 594 Deerwander Road, Hollis Center, ME 04042**
**Mortgage: November 19, 2004, Book: 14297, Page: 0822**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on . Plaintiff, Federal National Mortgage Association, was present and represented by John A. Doonan, Esq. Defendant, John M. Briggs, did not appear; Party-In-Interest, Maine Revenue Services did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay Federal National Mortgage Association ("FNMA') the amount adjudged due and owing ($254,244.64) within 90 days of the date of the Judgment, as that time period is calculated in accordance with

14 M.R.S.S. § 6322, FNMA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $233,462.34 |
| Interest | $12,164.38 |
| Escrow Advances | $4,655.40 |
| Corporate Advances | $3,962.52 |
| **Grand Total** | **$254,244.64** |

2. If the Defendant or his heirs or assigns do not pay FNMA the amount adjudged due and owing ($254,244.64) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Hollis Center Property shall terminate, FNMA shall conduct a public sale of the Hollis Center Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $254,244.64 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. FNMA may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $254,244.64.

5. The priority of interests is as follows:

   ● Federal National Mortgage Association has first priority, in the amount of $254,244.64, pursuant to the subject Note and Mortgage.

- Maine Revenue Services, has the second behind the Plaintiff pursuant to a Notice of Tax Lien dated September 12, 2018, in the amount of $2,092.77, and recorded in the York County Registry of Deeds in Book 17801, Page 678. As of October 15, 2019, the amount due and owing to Maine Revenue Services is $2,181.76 which includes additional interest.
- John M. Briggs, who has been defaulted.

6. 7. The prejudgment interest rate is 3.37500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | John M. Briggs<br>594 Deerwander Road<br>Hollis Center, ME 04042 | Defaulted |
| PARTY-IN-INTEREST | Maine Revenue Services | Kevin J. Crosman, Esq., Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333 |

a) The docket number of this case is No. 2:19-cv-00285-NT.

b) All parties to these proceedings received notice of the proceedings in accordance

   with the applicable provisions of the Federal Rules of Civil Procedure.

 c) A description of the real estate involved, 594 Deerwander Road, Hollis Center, ME 04042, is set forth in Exhibit A to the Judgment herein.

 d) The street address of the real estate involved is 594 Deerwander Road, Hollis Center, ME 04042. The Mortgage was executed by the Defendant on November 19, 2004. The book and page number of the Mortgage in the York County Registry of Deeds is Book 14297, Page 0822.

 e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 594 Deerwander Road, Hollis Center, ME 04042.

**SO ORDERED**

Dated: November 12, 2019

/s/ Nancy Torresen  
U.S. District Judge

## EXHIBIT A
### (DEED)

A certain lot or parcel of land with any buildings thereon located in the Town of Hollis, County of York and State of Maine, being Lot 6, containing 247,911 sq. ft. as depicted on a survey plan entitled "Fox Ridge Subdivision-Deerwander Road, Hollis, Maine" by BH2M Engineers, dated July 2000 (revised 10/9/00), recorded in the York County Registry of Deeds at Plan Book 258, Page 43 to which reference is hereby made for a more particular description.

SUBJECT TO any and all easements and restrictions as recorded in said survey plan.

FURTHER SUBJECT TO the restrictions that no mobile homes are allowed

Meaning and intending to convey and hereby conveying the same premises described in a deed to Kenneth Vanderhorn and John C. Ingram dated June 25, 2003 and recorded in the York County Registry of Deeds in Book 13075, Page 20.

BAY AREA TITLE SERVICES
66 Pearl Street - Suite 200
Portland, ME 04101

**END OF DOCUMENT**

Reviewed and Approved: _____ _____ _____ _____

